**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7960**

---

OCCEA STARKE,

Plaintiff - Appellant,

versus

AVAMARK REFRESHMENT SERVICES; M. WADE, Sheriff
of Henrico County Jail; WAYNE HEAD, Kitchen
Supervisor,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry C. Morgan, Jr., District
Judge. (CA-01-687-2)

---

Submitted: February 28, 2002          Decided: March 18, 2002

---

Before WIDENER, WILKINS, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Occea Starke, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Occea Starke appeals the district court's orders denying relief without prejudice on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint and denying relief on his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  Starke v. Avamark Refreshment Servs., No. CA-01-687-2 (E.D. Va. Oct. 4, 2001; Nov. 15, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2